ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00099-JLT-SKO |
| Plaintiff, | STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS |
| v. | |
| ALEJANDRO CUARENTA, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney JEFFREY A. SPIVAK, and defendant ALEJANDRO CUARENTA, by and through his counsel of record, MAI SHAWWA, hereby stipulate and request, pursuant to 18 U.S.C. § 3142(c)(3), that the Court amend the release order in this case (Doc. 52) to impose the following additional two conditions:

1. You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used; and

2. You must submit to drug and/or alcohol testing. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer. You must not tamper, obstruct, or attempt to tamper or obstruct the efficiency and accuracy of

the drug screening/testing.

The Defendant fully understands these conditions, agrees to them, and agrees to abide by them.

Dated:  October 22, 2025                           ERIC GRANT
                                                  United States Attorney

                                                  /s/ JEFFREY A. SPIVAK
                                                  JEFFREY A. SPIVAK
                                                  Assistant United States Attorney

Dated:  October 22, 2025                            /s/ MAI SHAWWA
                                                  MAI SHAWWA
                                                Counsel for Defendant

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:  **October 29, 2025**                           _____
                                                  UNITED STATES MAGISTRATE JUDGE